UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-22617-CIV-MORENO

JERRILYNN D. GRAY,

    Plaintiff,

vs.

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER CLOSING CASE**

THIS CAUSE came before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice **(D.E. 10)**, filed **October 2, 2013**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(A)(ii). This case is now **CLOSED.**

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record